UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Wilmington Trust, N.A., as Trustee, for the benefit of the Holders of CoreVest American Finance 2020-3 Trust Mortgage Pass-Through Certificates, *et al.*,<br><br>Plaintiff(s),<br><br>vs.<br><br>Guardian CV 1, LLC, *et al.*,<br><br>Defendant(s). | 2:23-cv-00966-ART-MDC<br><br>**ORDER GRANTING MOTION** |

**IT IS ORDERED** that the *Motion for Removal* (ECF No. 25) is **GRANTED**. Olivia Scott, Esq. is no longer employed at Bryan Cave Leighton Paisner, LLP, and is no longer associated with this matter. The Clerk of Court is kindly directed to remove Olivia Scott, Esq. as attorney of record and remove her from CM/ECF service for this matter.

DATED this 30th day of October 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge